UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    23cv5205(DLC)
E.S., et al.,                            :
                                         :    ORDER OF
                             Plaintiffs, :    DISCONTINUANCE
           -v-                           :
                                         :
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
                                         :
                             Defendant.  :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **December 29, 2023**.  If no such application is made by that date, today's dismissal of the action is with prejudice.  See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         November 29, 2023

                                                DENISE COTE
                            United States District Judge